IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

| | |
|---|---|
| RAY DELL'ORFANO,<br><br>    Plaintiff,<br><br>vs.<br><br>IKON OFFICE SOLUTIONS, INC.,<br><br>    Defendant. | No. 5:05-CV-00245 CAR<br><br>**NOTICE OF CLASS ACTION SETTLEMENT** |

*Dell'Orfano v. Ikon Office Solutions, Inc.*

*USDC, Central District, Middle District of Georgia, Macon Division*

*Case Number 5:05-V-00245 CAR*

A proposed settlement (the "Settlement") has been reached in the class action lawsuit with Ikon Office Solutions, Inc. You have opted into this lawsuit. The lawsuit is entitled Dell'Orfano v. Ikon Office Solutions, Inc. USDC, Central District, Middle District of Georgia, Macon Division, Case Number 5:05-CV-00245. Because your rights will be affected by this Settlement, it is important that you read this Notice carefully.

### A.  **PURPOSE OF THIS NOTICE**

**TO ALL PERSONS WHO ARE MEMBERS OF THE CLASS IN THIS LITIGATION:**

You have been identified as a member of a class in this lawsuit.

For settlement purposes only, the parties agree to the following Class (the "Class") comprised of two groups of persons who have filed opt-in forms (collectively, Class Members):

1. Class Members who filed timely opt-in consent to join forms in the following categories: 1) persons employed by IKON and classified as a non-exempt employee who received payment of regular pay, other compensation, and overtime wages in a single pay period anytime within three years of their respective opt-in filing date; (excluding California employees); and 2) persons employed by IKON anytime within three years of their respective opt-in filing date paid on a fluctuating work week basis. A list of said Class Members is attached hereto as Exhibit 1 (355 persons, hereinafter: Class I Members).

2. All other class members who filed timely opt-in consent to join forms (869 persons hereinafter: Class II Members).

This document is intended to (1) give you notice of the proposed settlement in this litigation, (2) explain to you how you can request exclusion from the proposed settlement if you would like.

**B.    DESCRIPTION OF THIS LAWSUIT**

1. On March 11, 2005, Plaintiff Ray Dell'Orfano filed a Class action complaint for unpaid overtime wages against Defendant IKON Office Solutions, Inc. in the United States District Court for The Northern District of California. On June 15, 2005, Plaintiff filed an amended complaint ('Complaint').

2. On June 21, 2005, the Court transferred Plaintiff's action to the U.S. District Court for the Middle District of Georgia, Macon Division.

3. Plaintiff's Complaint sets forth claims arising under the Fair Labor Standards Act, 29 U.S.C. § 207, et. seq., and alleges that Defendant IKON paid Plaintiff and other similarly situated IKON employees overtime wages based upon a miscalculation of regular rate of pay, and further alleges that Defendant improperly paid Plaintiff and other similarly situated IKON employees overtime wages.

4.      On June 1, 2005, Defendant IKON filed an Answer to Plaintiff's Complaint. IKON denied any liability or wrongdoing of any kind associated with the claims alleged in Plaintiff's Compliant. IKON contends, among other things, that it has complied at all times with federal law and the Fair Labor Standards Act.

5.      On August 18, 2006, the Court entered its Order On Plaintiff's Motion For Class Certification And Defendant's Motion For Sanctions. In its Order, the Court permitted Plaintiff and IKON employees who had submitted opt-in forms to the Court to proceed with their respective claims, and set an opt-in deadline of August 25, 2006. As of August 25, 2006, 1,224 persons filed opt-in forms.

6.      On December 8, 2006, Plaintiff and IKON reached a settlement of the overtime wage claims brought on behalf of Plaintiff and the Class subject to Court approval. At all times, the settlement negotiations were non-collusive and at arm's length.

7.      The Plaintiff has decided to settle the claims of the above-described classes with respect to Defendant IKON Office Solutions, Inc. to avoid the substantial expense and uncertainty associated with continuing this litigation. As explained above, if you are a Class Member, you have a right to request to be excluded from the settlement if you choose to do so.

8.      The parties have agreed that RG2 Claims Administration, LLC will administer the settlement ("Settlement Administrator").

The attorneys for the Class ("Class Counsel") in this lawsuit are:

Daniel H. Qualls, Esq.
Qualls & Workman, LLP
244 California St. Ste. 410
San Francisco, CA 94111
Tel. (415) 782-3660
Toll Free: (877) 782-3660
Fax. (415) 788-1028
Email: qualls@qualls-workman.com


On February ___, 2007, the Court granted approval of the proposed Settlement.

## C.    SUMMARY OF PROPOSED SETTLEMENT

IKON shall pay One Hundred and Ninety Thousand Dollars ($190,000) (the "Settlement Consideration") in full and final settlement of:

1. The settled overtime claims of Class I Members only, in the amounts as set forth in Exhibit 1 to this notice and any taxes to be withheld;

2. Class Counsel's claim for attorney's fees and litigation costs;

3. The Class Representative's claim of wages in the amount of $7,306.00

4. The fees and costs (the "Administration Costs") of RG2 Claims Administration, LLC (the "Claims Administrator") subject to the terms, conditions, and restrictions described in this Stipulation.

Pursuant to the terms of settlement, consents to join filed by Class I Members will be dismissed by the Court with prejudice. Under the terms of the proposed settlement, Class I Members waive all claims based upon IKON's alleged failure to properly calculate regular rate of pay or IKON's alleged failure to properly calculate overtime wages pursuant to a fluctuating work week in exchange for settlement payments as set forth on Exhibit 1.

Class II Members will not receive payments in settlement of overtime claims under the terms of the proposed settlement. Class II Members consist of persons who; 1) filed consent to join forms with the Court more than three years following the end of employment by IKON; or 2) persons who filed consent to join forms with the Court within three years following the end of employment by IKON but did not received payment of regular pay, other compensation, and overtime wages in a single pay period according to the payroll records produced by IKON to Class Counsel as ordered by the Court. Class Counsel has informed the Court that based upon an analysis performed of IKON payroll records, Class II Members are not owed additional overtime wages based upon a recalculation of regular rate of pay or overtime wages due to IKON's fluctuating work week policy. Pursuant to the terms of settlement, consents to join filed by Class II Members will be dismissed by the Court with prejudice. Under the terms of the proposed

settlement, Class II Members waive all claims based upon IKON's alleged failure to properly calculate regular rate of pay or IKON's alleged failure to properly calculate overtime wages pursuant to a fluctuating work week.

5.  <u>Settlement Payment:</u>  This Settlement provides for a claims process requiring Defendant to make payments of a specific sum on each timely and valid claim submitted, subject to the right to request exclusion from the settlement, by Class I Members.

**D.     REQUEST FOR EXCLUSION FROM THE SETTLEMENT**

If you believe the Settlement is unfair or inadequate in any respect, you may request to be excluded from the settlement, personally or through an attorney, by filing a Request For Exclusion with the Court and mailing a copy of your Request For Exclusion to Class Counsel and the Claims Administrator at the above addresses. A copy of a Request For Exclusion you file must also be mailed to counsel for IKON Office Solutions, Inc. at the following address:  Carrie B. Hoffman, Gardere, Wynne Sewell, LLP, 1601 Elm Street, Suite 3000, Dallas, Texas 75201. All requests for exclusions must be signed and set forth your address, telephone number, social security number and the name of the case *Dell'Orfano v. Ikon Office Solutions, Inc., USDC, Central District, Middle District of Georgia, Macon Division Case Number 5:05-V-00245 CAR.*

All Request for Exclusions must be filed and postmarked no later than _____, 2007.

Any Class member who does not request exclusion from the settlement shall be deemed to have waived any objections to the settlement and shall be bound by its terms.

**E.     ADDITIONAL INFORMATION**

This Notice only summarizes the lawsuit, the Settlement and related matters. For more information, you may inspect the Court files at the records office located at the United States District Court, Middle District, Macon Division, William A. Bootle Federal Building and U.S. Courthouse, P.O. Box 128, 475 Mulberry Street Macon, GA 31202, from 10:00 a.m. to 4:00 p.m., Monday through Friday. Any questions regarding this Notice should be sent to the Claims Administrator at the above address and telephone number. Alternatively, you may contact Class Counsel at the addresses and telephone numbers set forth above. If your address changes, or is

different from the address on the envelope enclosing this Notice, please promptly notify the Claims Administrator.

### ***PLEASE DO NOT CALL OR WRITE THE COURT ABOUT THIS NOTICE***

### ***BY ORDER OF THE UNITED STATES DISTRICT COURT***

# **EXHIBIT 1**

# Dell'Orfano v. IKON - Proportional Allocation of Settlement

**Settlement Amounts:**   $ 9,000   $ 40,000

| # | Name | Proportion of CSR Settlement (Rounded) | Proporation of RRP Settlement (Rounded) | Total Settlement Amount |
|---|---|---|---|---|
| 1 | Abbinante,Roger L | $ - | $ 99 | $ 99 |
| 2 | Abbott,Gary W | $ - | $ 5 | $ 5 |
| 3 | Adams,Brenda | $ - | $ 8 | $ 8 |
| 4 | Adams,La Tricia Ann | $ - | $ 25 | $ 25 |
| 5 | Adams,Linda | $ - | $ 6 | $ 6 |
| 6 | Adams,Siriporn L | $ - | $ 156 | $ 156 |
| 7 | Adkins,Dionee N | $ - | $ 1 | $ 1 |
| 8 | Aktines Jr,Anthony Joseph | $ - | $ 237 | $ 237 |
| 9 | Alvarez,Mayra P | $ - | $ 13 | $ 13 |
| 10 | Alza,Rocio M. | $ - | $ 20 | $ 20 |
| 11 | Anderson,Kristina Denise | $ - | $ 450 | $ 450 |
| 12 | Arguello,Joe | $ 335 | $ 1 | $ 336 |
| 13 | Armstead,Breya M | $ - | $ 14 | $ 14 |
| 14 | Atchole,Badebana | $ - | $ 16 | $ 16 |
| 15 | August,Tina Marie | $ - | $ 24 | $ 24 |
| 16 | Austin,Lacricia | $ - | $ 4 | $ 4 |
| 17 | Avitt,Derick Stephen | $ - | $ 6 | $ 6 |
| 18 | Baez,Ramon L | $ - | $ 265 | $ 265 |
| 19 | Banaag,Ethelma D | $ - | $ 43 | $ 43 |
| 20 | Banks,Kenneth L | $ - | $ 44 | $ 44 |
| 21 | Battle,Lisa M. | $ - | $ 645 | $ 645 |
| 22 | Beard,Howard E. | $ - | $ 194 | $ 194 |
| 23 | Bellamak,Angela | $ - | $ 1 | $ 1 |
| 24 | Berkhof,Katie L | $ - | $ 3 | $ 3 |
| 25 | Bermudez,Israel | $ - | $ 1 | $ 1 |
| 26 | Berzat,Patrick Gregory | $ - | $ 209 | $ 209 |
| 27 | Bessellieu,Johnnetta Denis | $ - | $ 6 | $ 6 |
| 28 | Birkett,Glenn | $ - | $ 1 | $ 1 |
| 29 | Black,Kimberly | $ - | $ 11 | $ 11 |
| 30 | Black,Lindsay Michelle | $ - | $ 2 | $ 2 |
| 31 | Bland,Tiesha | $ - | $ 10 | $ 10 |
| 32 | Boles,Jerry | $ - | $ 3 | $ 3 |
| 33 | Boone,Garry Reginald | $ - | $ 23 | $ 23 |
| 34 | Bouchard,Donald W. | $ - | $ 240 | $ 240 |
| 35 | Boulogne,Alicia Renee | $ - | $ 1 | $ 1 |
| 36 | Brenes,Jose | $ - | $ 92 | $ 92 |
| 37 | Brewer-Gray,Jacqueline Su | $ - | $ 3 | $ 3 |
| 38 | Bromell,Leslie R | $ - | $ 156 | $ 156 |
| 39 | Brown,Dwayne J | $ - | $ 43 | $ 43 |
| 40 | Brown,Patricia Ann | $ - | $ 30 | $ 30 |
| 41 | Brown,Robyn Marie | $ 35 | $ 4 | $ 39 |
| 42 | Browne,Ta-Tanisha | $ - | $ 55 | $ 55 |
| 43 | Bryan,Deborah A. | $ - | $ 256 | $ 256 |
| 44 | Burkett,Tammy M | $ - | $ 791 | $ 791 |
| 45 | Burton,Allen H | $ - | $ 6 | $ 6 |
| 46 | Bussman,Matthew Stephan | $ 131 | $ - | $ 131 |
| 47 | Callahan,Heather A T | $ - | $ 41 | $ 41 |
| 48 | Camp,Lynne B | $ - | $ 9 | $ 9 |

## Dell'Orfano v. IKON - Proportional Allocation of Settlement

| | Name | Proportion of CSR Settlement (Rounded) | Proporation of RRP Settlement (Rounded) | Total Settlement Amount |
|---|---|---|---|---|
| 49 | Camp,Mary | $ - | $ 6 | $ 6 |
| 50 | Cantu,Juanita L. | $ - | $ 9 | $ 9 |
| 51 | Capshaw,Benjamin J | $ - | $ 47 | $ 47 |
| 52 | Carpenter Jr,Carl T. | $ - | $ 20 | $ 20 |
| 53 | Carter,Renee D | $ - | $ 38 | $ 38 |
| 54 | Carver,Kent E | $ - | $ 3 | $ 3 |
| 55 | Cauthen,Mary Ellen | $ - | $ 11 | $ 11 |
| 56 | Cervantes,Bieola M | $ - | $ 175 | $ 175 |
| 57 | Checkley,James A | $ - | $ 355 | $ 355 |
| 58 | Cholakova,Galina Diankova | $ - | $ 32 | $ 32 |
| 59 | Chopin Jr,Joseph | $ - | $ 5 | $ 5 |
| 60 | Chuman,Miroslav | $ - | $ 76 | $ 76 |
| 61 | Clark,Steven Thomas | $ 166 | $ 437 | $ 603 |
| 62 | Cliett,Pamela Latrice | $ - | $ 146 | $ 146 |
| 63 | Cochran,Naomi E | $ - | $ 7 | $ 7 |
| 64 | Coker,John Christopher | $ 755 | $ 60 | $ 815 |
| 65 | Coley,Angela | $ - | $ 509 | $ 509 |
| 66 | Collaku,Aferdita | $ - | $ 7 | $ 7 |
| 67 | Collins,Sandra Patricia | $ - | $ 16 | $ 16 |
| 68 | Colman Jr.,Robert Edward | $ - | $ 6 | $ 6 |
| 69 | Connery,David J. | $ - | $ 141 | $ 141 |
| 70 | Corral,Noel | $ - | $ 20 | $ 20 |
| 71 | Courett,Toni R | $ - | $ 1 | $ 1 |
| 72 | Coy,Lillian L | $ - | $ 2 | $ 2 |
| 73 | Crofton,Christa Denise | $ - | $ 9 | $ 9 |
| 74 | Crouch,Shamika Meshondr | $ - | $ 9 | $ 9 |
| 75 | Cuellar,Leslie Ann | $ - | $ 95 | $ 95 |
| 76 | Daniel,Latisa L. | $ - | $ 67 | $ 67 |
| 77 | Darcy,Ryan M | $ 42 | $ - | $ 42 |
| 78 | Dasher,Kimberly Shannon | $ - | $ 6 | $ 6 |
| 79 | Datesman,Roger E. | $ - | $ 385 | $ 385 |
| 80 | Davies,Rose B. | $ - | $ 12 | $ 12 |
| 81 | Davis,Kendall W. | $ - | $ 9 | $ 9 |
| 82 | Davis,Kevin R | $ - | $ 4 | $ 4 |
| 83 | Dawson,Lakesia D | $ - | $ 102 | $ 102 |
| 84 | De Concilio, Richard | $ 416 | $ 1,097 | $ 1,513 |
| 85 | Dillard,Julie Kay | $ - | $ 51 | $ 51 |
| 86 | Domantay Jr,Mark T | $ - | $ 1 | $ 1 |
| 87 | Dominguez,Stella | $ - | $ 18 | $ 18 |
| 88 | Donahue,Lisa Joseph | $ - | $ 184 | $ 184 |
| 89 | Donald,Lisa Annette | $ - | $ 30 | $ 30 |
| 90 | Donatien,Roselene J | $ - | $ 4 | $ 4 |
| 91 | Duckworth, Mikael | $ 646 | $ 1,626 | $ 2,272 |
| 92 | Emanuel,Andre | $ - | $ 505 | $ 505 |
| 93 | Eugene,Glen | $ - | $ 98 | $ 98 |
| 94 | Fantasia,Ryan Patrick | $ 415 | $ - | $ 415 |
| 95 | Fe,Andre Mon | $ - | $ 1 | $ 1 |
| 96 | Ferguson,Kathleen D | $ - | $ 7 | $ 7 |
| 97 | Fiallo,Ramon Alexander | $ - | $ 14 | $ 14 |
| 98 | Filardi,Paul | $ - | $ 521 | $ 521 |
| 99 | Fletcher,Carla Nadine | $ - | $ 26 | $ 26 |

## Dell'Orfano v. IKON - Proportional Allocation of Settlement

| | Name | Proportion of CSR Settlement (Rounded) | Proporation of RRP Settlement (Rounded) | Total Settlement Amount |
|---|---|---|---|---|
| 100 | Flowers,Brenda | $ - | $ 8 | $ 8 |
| 101 | Foehr,Kathleen | $ - | $ 314 | $ 314 |
| 102 | Fox,Kyna Renee | $ - | $ 39 | $ 39 |
| 103 | Frederick,Timothy W | $ - | $ 44 | $ 44 |
| 104 | Freeman,Susie Davis | $ - | $ 903 | $ 903 |
| 105 | Gagnon,Francis R | $ - | $ 5 | $ 5 |
| 106 | Gamble Sr,Sanfred O | $ 120 | $ 38 | $ 158 |
| 107 | Gardner,Keshia S. | $ - | $ 9 | $ 9 |
| 108 | Gates,Sasha Loree | $ - | $ 9 | $ 9 |
| 109 | George,Maria A | $ - | $ 47 | $ 47 |
| 110 | Giller,Randy R. | $ - | $ 8 | $ 8 |
| 111 | Gillespie,Joyce | $ - | $ 8 | $ 8 |
| 112 | Gleason,Louis A | $ - | $ 3,547 | $ 3,547 |
| 113 | Gooden,Beulah Ann | $ - | $ 17 | $ 17 |
| 114 | Goodwin,Stephen Scott | $ - | $ 15 | $ 15 |
| 115 | Gordon,Terralyn N. | $ - | $ 11 | $ 11 |
| 116 | Green,Kevin C | $ 285 | $ 135 | $ 420 |
| 117 | Green,William | $ - | $ 101 | $ 101 |
| 118 | Greenwaldt,Randy | $ - | $ 19 | $ 19 |
| 119 | Griffin,Brenda Holbrook | $ - | $ 93 | $ 93 |
| 120 | Grove,Angela | $ - | $ 6 | $ 6 |
| 121 | Grove,Vanessa M | $ - | $ 59 | $ 59 |
| 122 | Gurbutwal,Adina | $ - | $ 1 | $ 1 |
| 123 | Hall,Ramona D | $ - | $ 2 | $ 2 |
| 124 | Hammang,Traci Diane | $ - | $ 75 | $ 75 |
| 125 | Hammonds,Michael | $ - | $ 370 | $ 370 |
| 126 | Hanks,Felicia A | $ - | $ 6 | $ 6 |
| 127 | Harden,Valerie LaCornia | $ - | $ 205 | $ 205 |
| 128 | Harris,Ruby | $ - | $ 3 | $ 3 |
| 129 | Hart,Timothy J. | $ - | $ 322 | $ 322 |
| 130 | Hartz,Christina | $ - | $ 37 | $ 37 |
| 131 | Haymes,B. Ed | $ - | $ 21 | $ 21 |
| 132 | Hendrix,Amanda | $ - | $ 36 | $ 36 |
| 133 | Henry,Clark Brewster | $ - | $ 57 | $ 57 |
| 134 | Henry,Kathy Burnell | $ - | $ 305 | $ 305 |
| 135 | Hershey,Cassondra | $ - | $ 2 | $ 2 |
| 136 | Hetzel,Lance | $ - | $ 4 | $ 4 |
| 137 | Heyward,Troy G. | $ - | $ 14 | $ 14 |
| 138 | Hicks,Bettina Claire | $ - | $ 3 | $ 3 |
| 139 | Hill,Robert R. | $ - | $ 11 | $ 11 |
| 140 | Hite,Lolita M | $ - | $ 29 | $ 29 |
| 141 | Hlavac,Christopher P. | $ - | $ 2 | $ 2 |
| 142 | Holloway,Ramona | $ - | $ 19 | $ 19 |
| 143 | Holmes,Celesa Benisha | $ - | $ 4 | $ 4 |
| 144 | Hopkins,Delcynthia A. | $ - | $ 12 | $ 12 |
| 145 | Howard,Isaiah J | $ - | $ 144 | $ 144 |
| 146 | Hudson,Christopher E | $ - | $ 1 | $ 1 |
| 147 | Hudson,Rosalind | $ - | $ 272 | $ 272 |
| 148 | Huff,Natash M. | $ - | $ 2 | $ 2 |
| 149 | Hughes,Belinda | $ - | $ 189 | $ 189 |
| 150 | Hutchison,Jerry | $ - | $ 2 | $ 2 |

## Dell'Orfano v. IKON - Proportional Allocation of Settlement

| | Name | Proportion of CSR Settlement (Rounded) | Proporation of RRP Settlement (Rounded) | Total Settlement Amount |
|---|---|---|---|---|
| 151 | Irizarry,Luis | $ 124 | $ 58 | $ 182 |
| 152 | Jack,Tamara A | $ - | $ 2 | $ 2 |
| 153 | Jacks,Jeanie G. | $ - | $ 464 | $ 464 |
| 154 | Jackson,Barbara | $ - | $ 310 | $ 310 |
| 155 | Jackson,Derek | $ - | $ 7 | $ 7 |
| 156 | Jacobs,Yolanda D | $ - | $ 15 | $ 15 |
| 157 | James,Sherri Ann | $ - | $ 10 | $ 10 |
| 158 | Jamrus,Steven M | $ 609 | $ 29 | $ 638 |
| 159 | Jessie,Ann C. | $ - | $ 166 | $ 166 |
| 160 | Johnson,Lillian | $ - | $ 1 | $ 1 |
| 161 | Johnson,Nathaniel | $ - | $ 3 | $ 3 |
| 162 | Johnson,Paul | $ - | $ 4 | $ 4 |
| 163 | Johnson,Ramona | $ - | $ 1 | $ 1 |
| 164 | Johnson,Ruthie Mae | $ - | $ 7 | $ 7 |
| 165 | Jones,Anisha M | $ - | $ 176 | $ 176 |
| 166 | Jones,Nickcole | $ - | $ 8 | $ 8 |
| 167 | Jones,Teresa | $ - | $ 5 | $ 5 |
| 168 | Joy,Barbara | $ - | $ 1 | $ 1 |
| 169 | Kariyev,Otabek | $ - | $ 1 | $ 1 |
| 170 | Kaynarova,Velitchka Ivanov | $ - | $ 11 | $ 11 |
| 171 | Kelly,Lynnette J | $ - | $ 774 | $ 774 |
| 172 | Kincaid,Janie Marnita | $ - | $ 56 | $ 56 |
| 173 | King,James R. | $ - | $ 4 | $ 4 |
| 174 | King,Veronica | $ - | $ 245 | $ 245 |
| 175 | Klier,Richard Robert | $ - | $ 42 | $ 42 |
| 176 | Kmiecik,Andrzej | $ - | $ 112 | $ 112 |
| 177 | Koestler,Kenneth A | $ - | $ 158 | $ 158 |
| 178 | Lafontant,Telma | $ - | $ 11 | $ 11 |
| 179 | Laplante,Michael L | $ - | $ 137 | $ 137 |
| 180 | Laughery,Eric P. | $ - | $ 66 | $ 66 |
| 181 | Lawrence,Ivy | $ - | $ 170 | $ 170 |
| 182 | Lazzaretti,Carol E. | $ - | $ 7 | $ 7 |
| 183 | Ledbetter,Jonathan Edward | $ - | $ 51 | $ 51 |
| 184 | Lewis, Laurie | $ - | $ 13 | $ 13 |
| 185 | Lewis,Cufinda Cucoo | $ - | $ 6 | $ 6 |
| 186 | Lewis,Doll R | $ - | $ 3 | $ 3 |
| 187 | Lewis,Highran Ruel | $ - | $ 44 | $ 44 |
| 188 | Ljubicic,Zoran | $ - | $ 17 | $ 17 |
| 189 | Lockley,Maryann | $ - | $ 600 | $ 600 |
| 190 | Lott,Jennifer Kitchens | $ - | $ 14 | $ 14 |
| 191 | Lowe,Lakeisha | $ - | $ 80 | $ 80 |
| 192 | Lynch,Melissa Andrews | $ - | $ 248 | $ 248 |
| 193 | Mabry,Zina T | $ - | $ 37 | $ 37 |
| 194 | Macneil,Arthur W. | $ - | $ 74 | $ 74 |
| 195 | Makahamadze,Zandile | $ - | $ 11 | $ 11 |
| 196 | Malone,Malcolm Troy | $ - | $ 11 | $ 11 |
| 197 | Martin,Dale W | $ - | $ 64 | $ 64 |
| 198 | Mcauliffe,Michael J | $ - | $ 6 | $ 6 |
| 199 | Mccarthy,Christopher T. | $ - | $ 9 | $ 9 |
| 200 | McCrary,Deitrice S. | $ - | $ 316 | $ 316 |
| 201 | McCullough,Terrence Terra | $ 813 | $ 475 | $ 1,288 |

## Dell'Orfano v. IKON - Proportional Allocation of Settlement

| | Name | Proportion of CSR Settlement (Rounded) | Proporation of RRP Settlement (Rounded) | Total Settlement Amount |
|---|---|---|---|---|
| 202 | McDermott,Donna Lynne | $ - | $ 46 | $ 46 |
| 203 | Mcdonald,David | $ - | $ 1,196 | $ 1,196 |
| 204 | McFarland,Andrew B | $ - | $ 23 | $ 23 |
| 205 | McFarland,Paulette Moniqu | $ - | $ 3 | $ 3 |
| 206 | McKenzie,Sylvia N. | $ - | $ 430 | $ 430 |
| 207 | Mcknight,Joseph | $ - | $ 1 | $ 1 |
| 208 | Meacham,Amy Lynn | $ - | $ 7 | $ 7 |
| 209 | Meyer,Brandy | $ - | $ 44 | $ 44 |
| 210 | Meyer,Frederick | $ 51 | $ - | $ 51 |
| 211 | Mills,Donna Marie | $ - | $ 7 | $ 7 |
| 212 | Mims,Rose Mary | $ - | $ 9 | $ 9 |
| 213 | Minor,Gloria Ann | $ - | $ 41 | $ 41 |
| 214 | Misi,Mbel Dieudonne | $ - | $ 2 | $ 2 |
| 215 | Mohacsi,Lajos | $ - | $ 4 | $ 4 |
| 216 | Molitor,Sherri | $ - | $ 42 | $ 42 |
| 217 | Monday,Phyllis Jackson | $ - | $ 328 | $ 328 |
| 218 | Moore Sr,Dwight K | $ - | $ 538 | $ 538 |
| 219 | Moore,ChiQuetta Devette | $ - | $ 1 | $ 1 |
| 220 | Moore,Frank | $ - | $ 122 | $ 122 |
| 221 | Moore,Guy E | $ 224 | $ 6 | $ 230 |
| 222 | Moore,Pearl Straws | $ - | $ 668 | $ 668 |
| 223 | Moore,Trina A | $ - | $ 3 | $ 3 |
| 224 | Motton,Renata | $ - | $ 1 | $ 1 |
| 225 | Mulvany,Brandon Michael | $ - | $ 293 | $ 293 |
| 226 | Mundle,Christopher Colin | $ - | $ 33 | $ 33 |
| 227 | Muteba,Emmanuel | $ - | $ 47 | $ 47 |
| 228 | Mya,Yin Yin | $ - | $ 13 | $ 13 |
| 229 | Myers,John D. | $ - | $ 1,041 | $ 1,041 |
| 230 | Myles,Telleyus L. | $ - | $ 6 | $ 6 |
| 231 | Nash,Octavia Michelle | $ - | $ 1 | $ 1 |
| 232 | Newsom,Melissa Denise | $ - | $ 3 | $ 3 |
| 233 | Nguyen,Shawn M | $ - | $ 19 | $ 19 |
| 234 | Nguyen,Tam T | $ - | $ 4 | $ 4 |
| 235 | Nichols,Audrey L. | $ - | $ 267 | $ 267 |
| 236 | Oldham,Daniel Woodrow | $ - | $ 2 | $ 2 |
| 237 | Olmeda,Raul | $ - | $ 80 | $ 80 |
| 238 | O'Neill, Daniel | $ - | $ 14 | $ 14 |
| 239 | Pachova,Dimitrina N. | $ - | $ 606 | $ 606 |
| 240 | Padgett,Randy L | $ - | $ 12 | $ 12 |
| 241 | Paquette,Robert L | $ - | $ 4 | $ 4 |
| 242 | Parker,Jeffery Lindsey | $ - | $ 14 | $ 14 |
| 243 | Patterson,Brenda | $ - | $ 8 | $ 8 |
| 244 | Patterson,Willie L | $ - | $ 1 | $ 1 |
| 245 | Paul,Rick L. | $ - | $ 17 | $ 17 |
| 246 | Pavlova-Alexandrova,Nora | $ - | $ 4 | $ 4 |
| 247 | Pettigrew,Roberta W. | $ - | $ 281 | $ 281 |
| 248 | Pine,Clifford Sheldon | $ - | $ 173 | $ 173 |
| 249 | Poland,Debra L | $ - | $ 158 | $ 158 |
| 250 | Pope,Joann | $ - | $ 21 | $ 21 |
| 251 | Prokosch,Don P. | $ - | $ 27 | $ 27 |
| 252 | Quinn,Jacqueline | $ - | $ 7 | $ 7 |

## Dell'Orfano v. IKON - Proportional Allocation of Settlement

| | Name | Proportion of CSR Settlement (Rounded) | Proporation of RRP Settlement (Rounded) | Total Settlement Amount |
|---|---|---|---|---|
| 253 | Raczka,David J. | $ - | $ 7 | $ 7 |
| 254 | Ragan,Tracey | $ - | $ 494 | $ 494 |
| 255 | Rambo,Bridgette | $ - | $ 20 | $ 20 |
| 256 | Ramirez III,Pablo | $ - | $ 2 | $ 2 |
| 257 | Ramirez,Roberto | $ - | $ 1 | $ 1 |
| 258 | Ramsey,Dorothy Ann | $ - | $ 58 | $ 58 |
| 259 | Ransburg,Sheryl D | $ - | $ 22 | $ 22 |
| 260 | Ray,Nellie S. | $ - | $ 576 | $ 576 |
| 261 | Ray,Ronena Monique | $ - | $ 117 | $ 117 |
| 262 | Reconco,Jorge A | $ 1,977 | $ 243 | $ 2,220 |
| 263 | Register,Michael Eugene | $ 400 | $ 118 | $ 518 |
| 264 | Reich,Richard James | $ - | $ 12 | $ 12 |
| 265 | Reinboldt,William Elrie | $ - | $ 125 | $ 125 |
| 266 | Rhodes,Barbara W. | $ - | $ 420 | $ 420 |
| 267 | Rice,Pamela Renee | $ - | $ 4 | $ 4 |
| 268 | Riley,Sandra D | $ - | $ 19 | $ 19 |
| 269 | Rivera,Sylvia | $ - | $ 40 | $ 40 |
| 270 | Robbs,Marlene | $ - | $ 14 | $ 14 |
| 271 | Roberts,Paula Carol | $ - | $ 860 | $ 860 |
| 272 | Robinson,Patrick Kc | $ - | $ 79 | $ 79 |
| 273 | Rogers,William Justin | $ - | $ 141 | $ 141 |
| 274 | Romero,Donna L | $ - | $ 29 | $ 29 |
| 275 | Rosenblatt,Troy | $ - | $ 197 | $ 197 |
| 276 | Ross,Capricia Monicke | $ - | $ 8 | $ 8 |
| 277 | Route,Carl L. | $ - | $ 2 | $ 2 |
| 278 | Rozier,Catherine | $ - | $ 468 | $ 468 |
| 279 | Ruppert,Michael Norman | $ - | $ 68 | $ 68 |
| 280 | Rusk,Felicia Raynee | $ - | $ 7 | $ 7 |
| 281 | Sample,Eddie | $ - | $ 16 | $ 16 |
| 282 | Samuels,Michael | $ - | $ 12 | $ 12 |
| 283 | Sanchez,Tonia Jacqueline | $ - | $ 41 | $ 41 |
| 284 | Sanoh,Alhossene | $ - | $ 6 | $ 6 |
| 285 | Sans,Ariana G | $ - | $ 9 | $ 9 |
| 286 | Santini,James J. | $ - | $ 25 | $ 25 |
| 287 | Santos,Santiago | $ - | $ 5 | $ 5 |
| 288 | Savage,Richard F | $ - | $ 378 | $ 378 |
| 289 | Schletz,Lawrence R | $ - | $ 1,433 | $ 1,433 |
| 290 | Schneidenbach,James | $ - | $ 21 | $ 21 |
| 291 | Schwartz,Mark D. | $ - | $ 51 | $ 51 |
| 292 | Scott,Matthew | $ - | $ 9 | $ 9 |
| 293 | Sheik,Khadra Muhammed | $ - | $ 8 | $ 8 |
| 294 | Shields,Casey | $ 332 | $ 51 | $ 383 |
| 295 | Shields,Paul D | $ - | $ 461 | $ 461 |
| 296 | Silvera,Marlon A | $ 296 | $ 46 | $ 342 |
| 297 | Sisic,Adem | $ - | $ 26 | $ 26 |
| 298 | Sledge,Tammi Shay | $ - | $ 106 | $ 106 |
| 299 | Smadi,Ghazi | $ - | $ 64 | $ 64 |
| 300 | Smith,Robin E | $ - | $ 2 | $ 2 |
| 301 | Smith,Theresa D | $ - | $ 7 | $ 7 |
| 302 | Smith,Wendolyn Monique | $ - | $ 18 | $ 18 |
| 303 | Spain,Donald D | $ - | $ 1 | $ 1 |

## Dell'Orfano v. IKON - Proportional Allocation of Settlement

| | Name | Proportion of CSR Settlement (Rounded) | Proporation of RRP Settlement (Rounded) | Total Settlement Amount |
|---|---|---|---|---|
| 304 | Staggers,Darryl Kennard | $ - | $ 1 | $ 1 |
| 305 | Stapleton III,Seidle A | $ 34 | $ 3 | $ 37 |
| 306 | Stevens,Kathy T | $ - | $ 152 | $ 152 |
| 307 | Stump,Cynthia O | $ - | $ 29 | $ 29 |
| 308 | Sumpter,Andrew | $ - | $ 8 | $ 8 |
| 309 | Suon,Samerech | $ - | $ 6 | $ 6 |
| 310 | Talley,Ken | $ - | $ 2 | $ 2 |
| 311 | Taylor,Calpurnia W | $ - | $ 449 | $ 449 |
| 312 | Taylor,Ralph Jamal | $ - | $ 34 | $ 34 |
| 313 | Telemaque,Michael | $ 41 | $ 20 | $ 61 |
| 314 | Thomas,Davon | $ - | $ 19 | $ 19 |
| 315 | Thorpe,Virginia L. | $ - | $ 12 | $ 12 |
| 316 | Ton,Luong V | $ - | $ 1 | $ 1 |
| 317 | Toneva,Nadejda F | $ - | $ 11 | $ 11 |
| 318 | Torres,Angel L | $ 5 | $ - | $ 5 |
| 319 | Torres,Raul | $ - | $ 42 | $ 42 |
| 320 | Townsend,Donald E | $ - | $ 2 | $ 2 |
| 321 | Tucker,Chanda M | $ - | $ 6 | $ 6 |
| 322 | Turchi,Remo | $ - | $ 194 | $ 194 |
| 323 | Turner,Mavis C | $ - | $ 3 | $ 3 |
| 324 | Tyson,Shirley J | $ - | $ 5 | $ 5 |
| 325 | Umphlet,Cheryl C | $ - | $ 1 | $ 1 |
| 326 | Upshaw,Rose Dannette | $ - | $ 14 | $ 14 |
| 327 | Usand,Sheila V | $ - | $ 38 | $ 38 |
| 328 | Vallier,Arthur W | $ - | $ 2 | $ 2 |
| 329 | Vega,Eugene | $ - | $ 44 | $ 44 |
| 330 | Velazquez,Manuel | $ - | $ 11 | $ 11 |
| 331 | Velic,Jasmina | $ - | $ 2 | $ 2 |
| 332 | Vierling,Ronald J | $ - | $ 43 | $ 43 |
| 333 | Vinson,Andrea | $ - | $ 323 | $ 323 |
| 334 | Virgo,Kelly Su | $ 103 | $ - | $ 103 |
| 335 | Wallace,Venice Scott | $ - | $ 55 | $ 55 |
| 336 | Waller,Dennis B | $ 5 | $ - | $ 5 |
| 337 | Weatherspoon,Lauren R | $ - | $ 3 | $ 3 |
| 338 | Weaver,Monica L | $ - | $ 35 | $ 35 |
| 339 | Weber,Susan Denise | $ - | $ 16 | $ 16 |
| 340 | Welivar,Melanie C | $ - | $ 17 | $ 17 |
| 341 | West,Michael | $ - | $ 10 | $ 10 |
| 342 | Whetstone,Angela | $ - | $ 10 | $ 10 |
| 343 | White,Donald Abdul | $ 483 | $ 87 | $ 570 |
| 344 | Wilder Jr,Kenneth N. | $ - | $ 92 | $ 92 |
| 345 | Williams,Cynthia | $ - | $ 1 | $ 1 |
| 346 | Williams,Harriette L | $ - | $ 5 | $ 5 |
| 347 | Williams,Kashell | $ - | $ 24 | $ 24 |
| 348 | Wilson,Calvin | $ - | $ 59 | $ 59 |
| 349 | Wilson,Kevin Scott | $ - | $ 58 | $ 58 |
| 350 | Wilson,Teryle M. | $ - | $ 4 | $ 4 |
| 351 | Winstead,Cynthia F | $ - | $ 2 | $ 2 |
| 352 | Winzens,Jeffrey A | $ - | $ 2 | $ 2 |
| 353 | Wyatt,Elaine | $ - | $ 8 | $ 8 |
| 354 | Wynes,Sherrie S. | $ - | $ 411 | $ 411 |

## Dell'Orfano v. IKON - Proportional Allocation of Settlement

| | Name | Proportion of CSR Settlement (Rounded) | Proporation of RRP Settlement (Rounded) | Total Settlement Amount |
|---|---|---|---|---|
| 355 | Yascone,Lorenzo P. | $ 158 | $ - | $ 158 |
| | Aaron,Connie G. | $ - | $ - | $ - |
| | Acosta,Jami Marie | $ - | $ - | $ - |
| | Alcide,Merland | $ - | $ - | $ - |
| | Alridge,Sonya Rogers | $ - | $ - | $ - |
| | Asberry,Dwayne L | $ - | $ - | $ - |
| | Ates,Byron Russell | $ - | $ - | $ - |
| | Badiouk,Marina G | $ - | $ - | $ - |
| | Calvin,Janice C | $ - | $ - | $ - |
| | Chen,Weida | $ - | $ - | $ - |
| | Clements,Keith E | $ - | $ - | $ - |
| | Cuenca,Wilmar | $ - | $ - | $ - |
| | Dominy,Rosa L | $ - | $ - | $ - |
| | Espinal,Jose T | $ - | $ - | $ - |
| | Gaines,Heather D | $ - | $ - | $ - |
| | Hamzic,Izeta | $ - | $ - | $ - |
| | Harris,Kaneka Fina | $ - | $ - | $ - |
| | Joukov,Alexandre | $ - | $ - | $ - |
| | Khan,Zahir | $ - | $ - | $ - |
| | Knight,Michelle E | $ - | $ - | $ - |
| | Lopez,Paul Michael | $ - | $ - | $ - |
| | Lubragge,Kimberly Ann | $ - | $ - | $ - |
| | Porter,Arthur D | $ - | $ - | $ - |
| | Tang,Eric M | $ - | $ - | $ - |
| | Thorp,Carolyn M | $ - | $ - | $ - |
| | Tufek,Azra | $ - | $ - | $ - |
| | Velazquez,Maiaika A | $ - | $ - | $ - |
| | **Totals:** | **$ 9,001** | **$ 40,009** | **$ 49,010** |

Individual damages were rounded (under $1 received 0 allocations)