THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RAY DELL'ORFANO, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action |
| v. : | No. 5:05-cv-245 (CAR) |
| : | |
| IKON OFFICE SOLUTIONS, INC., : | |
| : | |
| Defendant. : | |

## ORDER

Before the Court is the parties' consent Motion for Approval of Collective Action and Settlement [Doc. 684]. After conducting an in camera review of the settlement agreement, the Court finds that the settlement agreement is fair and reasonable. As such, the Court **APPROVES** the parties' settlement agreement.

**SO ORDERED,** this 21st day of February, 2007.

/s/ Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

EHE